UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| **ELESHA JACKSON, et al.**  )<br> )<br>**Plaintiffs,**  )<br>v.  )<br> )<br>**MACON COUNTY SHERIFF'S DEPT., et al.,**  )<br> )<br>**Defendants.**  ) | Case No. 19-CV-2169 |

## ORDER

A Report and Recommendation (#53) was filed by the Magistrate Judge in the above cause on June 11, 2021. More than fourteen (14) days have elapsed since the filing of the Recommendation and no objections have been made. See 28 U.S.C. § 636(b)(1). The Recommendation of the Magistrate Judge is, therefore, accepted by the court. See Video Views, Inc. v. Studio 21, Ltd, 797 F.2d 538 (7th Cir. 1986).

IT IS THEREFORE ORDERED THAT:

(1) The Report and Recommendation (#53) is accepted by this court.

(2) Plaintiffs' Motion to Compel (#48) is DENIED in its entirety and Plaintiffs' request for costs and fees is denied. The court further adopts the Magistrate Judge's warning to Plaintiffs that filing future motions to compel without first fulfilling Federal Rule of Civil Procedure 37's obligation to meet and confer in good faith will result in sanctions.

(3) This matter is referred back to the Magistrate Judge for further proceedings in accordance with this Order.

ENTERED this 7th day of July, 2021.

s/ COLIN S. BRUCE
U.S. DISTRICT JUDGE